# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard A. Adams,<br><br>    Plaintiff,<br><br>    v.<br><br>Belden Communications Company, a Delaware Corporation, et al.,<br><br>    Defendants. | No. CV 05 0757 PHX DGC<br><br>**ORDER** |

      The Court held a hearing on October 21, 2005. Plaintiff was represented by his new attorney, Franzula M. Bacher. Defendants were represented by defense counsel. Mr. McKee was present. On the basis of the discussion on the record,

      **IT IS ORDERED:**

      1. On or before the end of the electronic filing day on **October 27, 2005**, Ms. Bacher shall file a response to Defendant's Application for Order to Show Cause (Doc. #29) and a reply in support of the Motion to Quash and Motion for Protective Order (Doc. ##23, 24). This filing shall identify by name, address, and telephone number the Tempe attorney who is alleged to have assisted Plaintiff in this case and supervised the work of Mr. McKee. The filing shall also include a sworn confirmation from the attorney that the facts set forth in the declarations of Richard A. Adams and Roger A. McKee dated September 13, 2005, concerning the Tempe lawyer, are true and correct. No reply in support of the Order to Show Cause application will be filed by defense counsel.

2. On or before the close of business on **October 28, 2005**, Plaintiff's counsel shall serve written responses to all outstanding discovery requests on defense counsel.

3. On or before **3:00 p.m. on October 31, 2005**, defense counsel shall file a memorandum discussing the proposed scope of Mr. McKee's deposition and why that scope of deposition will not include matters "substantially related" to Fennemore Craig's prior representation of Mr. McKee.

4. A hearing will be held on **November 1, 2005 at 4:00 p.m.** This hearing shall address the motion to quash, the application for order to show cause, Defendants' motion to compel discovery (Doc. #31), and the adequacy of Plaintiff's discovery responses. Mr. Adams and Mr. McKee shall personally attend this hearing.

5. Plaintiff shall file a response to the Motion to Dismiss (Doc. #27) on or before **November 11, 2005**. Defendants shall file a reply in support of the Motion to Dismiss on or before **November 18, 2005**.

6. Plaintiff's Motion for Extension of Time (Doc. #32) is **granted in part and denied in part** as set forth above.

7. Defendants' Request for Expedited Scheduling of Oral Argument (Doc. #28) is **granted in part and denied in part** as set forth above.

8. Defendants' Motion to Compel Discovery (Doc. #31) is **granted** as set forth above.

DATED this 24th day of October, 2005.

_____
David G. Campbell
United States District Judge